# United States District Court

CENTRAL DISTRICT OF ILLINOIS

**Laurence Lovejoy**

     vs.                                                   Case Number:   **08-1171**

**Eddie Jones, et al.**

## ORDER

     Pursuant to the **3/26/10** mandate, in appellate case number **09-3216**, from the United States Court of Appeals, Seventh Circuit **[55]**, the agency having custody of the plaintiff, **Laurence Lovejoy,** is directed to remit the appellate docketing fee of $455 from his prison trust fund account if such funds are available. If he does not have $455 in his account, the agency must send 20 percent of the current balance, or the average balance during the past six months, whichever amount is higher; thereafter, the agency shall begin forwarding monthly payments from the plaintiff's trust fund account to the Clerk of Court each time the plaintiff's account exceeds $10 until the statutory appeal fee of $455 is paid in its entirety. The United States Court of Appeals is notified, via a copy of this order.

ENTERED this 26th day of March, 2010

                                                  ___s/Harold A. Baker____
                                                    HAROLD A. BAKER
                                                    U.S. District Judge