United States District
Central District of Illinois

| | |
|---|---|
| Laurence LoveJoy<br>Plaintiff<br>vs.<br>Warden Eddie Jones<br>Defendants<br>In their individual, and official capacities | Case No. 1:08-CV-1171<br><br>Jury Trial Demanded |

FILED
MAY 27 2010
MSB
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## Complaint

42 U.S.C. §1983 (suit against state officials for Constitutional violations)

Now comes the plaintiff Laurence LoveJoy, and states as follows:

My current address is: Dupage County Jail P.O. Box 957 Wheaton, Illinois 60187

The defendant Eddie Jones, is employed as Warden at Pontiac Correctional Center address 700 west Lincoln street Pontiac, Illinois 61764

The defendant Hardy Marcus, is employed as Assistant warden at Pontiac Correctional Center address 700 west Lincoln street Pontiac, Illinois 61764

The defendant Susank Prentiac, is employed as Lieutenant at Pontiac Correctional Center address 700 west Lincoln street Pontiac, Illinois 61764

in understanding your claim.
A. Is there a grievance procedure available at your institution? Yes
B. Have you filed a grievance concerning the facts relating to this complaint? Yes
C. Is the grievance process completed? Yes

## V. Statement of Claim

Place of the occurrence Pontiac Correctional Center
Date of the occurrence Approximate June 1, 07 until Now
Witnesses to occurrence officer Jump # 7967 inmate Joseph Bannister # N53034, Rodney Atkins # N20481, Dion Banks # N30933, Paul Runge # N84715, Daniel Ramsey # B80664, Eric Hanson # R70445, Andrew Urdiales # R15337

1. This plaintiff original complaint was given to Paula Rich on 6-30-08 to E-File to the court, but Paula Rich refused and returned the complaint to this plaintiff in retaliation, for filing grievance's and for pursuing this lawsuit.

A. The paralegal Paula Rich was unwilling to do research, or provide me with needed legal materials, and refused to offer legal assistance. The law library is inadequate, and I'm unable to find case's, and unable to research the law. Which resulted in actual and substantial projudice.

B. On 4-25-08 Paula Rich written me up in retaliation for filing grievance's against her, and I have suffered adverse consequences as a result.

2. On 12-21-07 Lieutenant Prentice written me up in retaliation for filing grievance's against her.

A. I was denied a fair and impartial hearing, because Lieutenant Prentice called David Lingle a full week before I even seen the adjustment committee. Lieutenant Prentice used her influence and conspire with David Lingle to make sure that I would be found guilty. This put me at such a substantial disadvantage in the proceeding, which resulted in actual and substantial prejudice, and denied me an opportunity to present a defense.
Note; I received 1 month segregation, and 1 month C grade.
B. So when I received some of my personal property back, there was a empty top menthol packet, and inside was rolling papers and a match. So when my cell was shakedown I was written-up for contraband and unauthorized property and health, smoking or safety violations.
So how is it, that I can be written-up when these things were in my personal property when I received it. I received 1 month segregation and

1 month c grade.

C. When I was release from segregation status on 2-21-08 I received the rest of my personal property back, and all my grievance's and reference material's was confiscated by staff. This is harassment, and retaliation for filing grievance's against staff.

3. I am routinely harassed by Paula Rich, Lieutenant Prentice, Lieutenant Ellis, Sergeant Pott's, Officer Painter, sergeant Hick's, and Counselor Flex in retaliation for filing grievance's which has led to increase in stress, tension, and the level of hostilities toward me is increasingly giving way to confrontation, that I fear for my safety.

A. Because of threat's of violence toward me, occur with sufficient frequency for speaking-out about retaliation and harassment that I'm very fearful for my safety even now.
B. I filed a grievance's concerning this, and a number of complaint's to warden Eddie Jone's, and assisant warden Hardy marcus.

Page 2

The defendant <u>Susank Prentice</u>, is employed as <u>Lieutenant</u> <u>P.O. Box 99</u> at <u>Pontiac Correctional Center</u>

The defendant <u>Paula Rich</u>, is employed as <u>Paralegal</u> <u>P.O. Box 99</u> at <u>Pontiac Correctional Center</u>

(revised 9/96)

The defendant <u>Potts</u>, is employed as <u>Sergeant</u> <u>P.O. Box 99</u> at <u>Pontiac Correctional Center</u>

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    (Yes)    No ☐

If yes, please describe

<u>Challenging the Constitutionality of my Conditions of my Confinement</u>

B. Have you brought any other lawsuits in state or federal court while incarcerated?
   (Yes)   ■ No ☐

C. If your answer to B is yes, how many? <u>2</u>    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.) Mandamus seeking to compel Sheriff Officials to comply with grievance's Procedure of the Sheriff Department.

1. Parties to previous lawsuit:
   Plaintiff(s) <u>Laurence Lovejoy</u>
   Defendant(s) <u>John E Zaruba Chief Gary Lavacy Deputy Martin Marion Deputy David Lyons</u>

2. Court (if federal court, give name of district; if state court, give name of county)
① United States District Court Northern District of Illinois   ② In the Circuit court of the Eighteenth Judicial Circuit

Page 3

3. Docket Number/Judge

① Case # 06CV3455   ② Case # 04cf 2319

4. Basic claim made

① Condition of my Confinement   ② Sheriff officials to comply with Grievances Procedure

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

① Settle   ② I withdraw my complaint

6. Approximate date of filing of lawsuit ① 11-10-05   ② 9-16-05

7. Approximate date of disposition

① 2-9-07   ② 6-5-06

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? (Yes)  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint? (Yes)  No ☐  If your answer is no, explain why not

_____

_____

C. Is the grievance process completed? (Yes)  No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

The defendant Painter current Job title officer
address 700 west Lincoln street Pontiac, Illinois 61764

The defendant Ellis current Job title Lieutenant
address 700 west Lincoln street Pontiac, Illinois 61764

The defendant Syliva Mahonhe current Job title
medical Director
address 700 west Lincoln street Pontiac, Illinois 61764

The defendant ~~Counselor~~ Counselor Flex current Job title Counselor
address 700 west Lincoln street Pontiac Illinois 61764

## RELIEF REQUESTED

*(State what relief you want from the court.)*

1. Judgment in favor of plaintiff and against defendants.

2. An award of compensatory damages.

3. An award of reasonable attorney's fees, cost, and expenses; and such other and further relief for plaintiff as the court deems appropriate and just.

**JURY DEMAND**  Yes ☒  No ☐

Signed this  9  day of  May , 20 10 .

_____
(Signature of Plaintiff)